*A. J. Thornton,* and *McDonald, Roache,* and *Lewis,* for the appellant.

---

### SULLIVAN v. THE STATE.

APPEAL from the *Dearborn* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, on the authority of *Justice* v. *The State*, (see 2 G. & H. 394, notes,) and the appellant is ordered to be returned to the jail of *Dearborn* county, all of which is to be certified to the keeper of the State prison.

*McDonald, Roache,* and *Lewis,* for the appellant.